## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES
No. _LU#7_

Vs.

_XAVIER Hopkins_ (Defendant)

TOT

P.D.I.D. No. _538 804_

☐  This is a Federal case which is pending in the U.S. District Court for the District of Columbia

and is, therefore, transferred over to the United States District Court for the District of

Columbia  for the next court date of: _____ 8/15/05 _____.

### COMMITMENT/RELEASE

☒  NO BOND
☐  BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _August 15, 2005_

☐  Released on Personal Recognizance to report to the  E. Barrett Prettyman U.S. Courthouse,

333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____  --

Address: _____

_____  Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: _8-13-05_

_P. Black_
JUDICIAL OFFICER PRESIDING

white-court                    yellow-usao                    Pink-defense

CD-3026/Mar. 03