UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CRIMINAL NO. 05-333 |
| : | Judge Colleen Kollar-Kotelly |
| vs. : | |
| : | |
| XAVIER R. HOPKINS : | |
| : | |
| Defendant : | |

### ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for <u>XAVIER R. HOPKINS</u>, by no later than <u>JANUARY 13,</u> 2006; and it is

FURTHER ORDERED that the DEFENDANT shall file its Memorandum in Aid of Sentencing, by no later than <u>JANUARY 18, 2006</u>; the GOVERNMENT shall file its response, by no later than <u>JANUARY 20, 2006</u>; and it is

FURTHER ORDERED that the defendant shall be sentenced on <u>JANUARY 24, 2006 AT 9:00 A.M.</u>

IT IS SO ORDERED,

Date: _Nov. 7, 2005_       _____
                            Colleen Kollar-Kotelly
                            United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Lionel Andre, AUSA
    Danielle Jahn, AFPD