HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 4 2006
NANCY MAYER WHITT...
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0333</u> |
| --- | --- | --- |
| | : | |
| vs. | : | SSN: |
| | : | |
| Hopkins, Xavier | : | Disclosure Date: <u>December 20, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                           **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

(✗)  There are no material/factual inaccuracies therein.

(✗)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Xavier Hopkins*   12-23-05         *Mani Jahn*   12/23/05
**Defendant**         **Date**          **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **January 3, 2006**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

December 23, 2005

Deborah Stevens-Panzer
United States Probation Officer
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242        Re:   United States v. Xavier R. Hopkins
                                         Criminal No.: 05-333 (CKK)

Dear Ms. Stevens Panzer:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated December 16, 2005:

**Objections and Comments**

1.    Mr. Hopkins requests that Paragraph 7, Page 4 of the Presentence Report indicate that the firearm found in the apartment of Ms. Best was found inside a shoe box with a photo identification of Mr. Hopkins.

2.    Mr. Hopkins requests that Paragraph 38, Page 9 of the Presentence Report indicate that he has hazel eyes.

3.    Mr. Hopkins objects to Paragraph 64, Page 13 of the Presentence Report on the basis that his criminal history category over-represents the seriousness of Mr. Hopkins' criminal history. As stated in Paragraphs 24, 25, and 26, all of his prior convictions were at some point consolidated for sentencing. Further, Mr. Hopkins has one felony conviction and two misdemeanor convictions. This history is atypical of other defendants who have been identified with a criminal history category of IV.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc:    Jessie Liu, AUSA