PROB 12C-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. <u>**Xavier Hopkins**</u>　　　　　　　　　　　　Docket No.: <u>**CR-05-333**</u>

**FILED**

### REQUEST FOR COURSE OF ACTION
### (Issuance of Warrant)

AUG 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW <u>Crystal Burston</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Xavier Hopkins**, who was placed on Supervised Release by the Honorable **Colleen Kollar-Kotelly**, United States District Judge, sitting in the Court at Washington, D.C., on the **24** day of **January**, **2006**, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)     Shall submit to DNA testing.
2)     Shall provide income tax returns, authorization for release of credit information, and any other business or financial information in which he has a control or interest.
3)     Shall not possess a firearm, explosive device, or other dangerous weapon.
4)     Shall participate and successfully complete drug treatment.
5)     Shall pay a $100 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Supervised Release

1)     **On July 19, 2007, Mr. Hopkins engaged in new criminal conduct. (Special Condition)**

2)     **Mr. Hopkins failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. (Standard Condition)**

3)     **Mr. Hopkins failed to refrain from associating with persons engaged in criminal activity. (Standard Condition)**

4)     **Mr. Hopkins failed to comply with drug treatment and testing as directed by his probation officer. (Special Condition)**

5)     **Mr. Hopkins failed to report to the probation office as instructed. (Standard Condition)**



**Xavier Hopkins**
**Docket No.: CR-05-333**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/24/07

*Crystal Burston*
Crystal Burston
U.S. Probation Officer
(202) 565-1429

Approved By: *[signature]*
Ervin Bell, Supervising
United States Probation Officer
(202) 565-1314