UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Xavier Hopkins**             Docket No.: **CR-05-333**

**FILED**

AUG 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a warrant be issued for the arrest of Xavier Hopkins as a Supervised Release violator.

ORDER OF COURT

Considered and ordered this ____31st____ day of ____August____, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge