**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO.  05-333-CKK** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **XAVIER R. HOPKINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney,  the United States Attorney

for the District of Columbia, hereby gives notice to the Court that the above matter is now

assigned to Assistant United States Attorney Angela S. George, Angela.George@usdoj.gov, at

telephone number  (202) 514-7315.   Angela S. George is substituting for Jessie Liu, who is no

longer employed at the United States Attorney's Office

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
ANGELA S. GEORGE
Assistant United States Attorney
Federal Major Crimes Section
Bar No. D.C. 470-567
555 4th Street, N.W., Room 4444
Washington, D.C.  20530
(202) 514-7315
Angela George@usdoj.gov