UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

**XAVIER HOPKINS,**

Defendant.

Crim. Action No. 05-333   (CKK)

# FILED

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court upon the receipt of a Report and Recommendation dated March 20, 2008, from Magistrate Judge John M. Facciola, that recommends revoking Defendant's supervised release.  No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _16_ day of April, 2008,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that Defendant's supervised release is revoked; and it is

**FURTHER ORDERED** that the case has been scheduled for Re-sentencing on April 29, 2008, at 9:30 a.m. in Courtroom 28A, 6th Floor of the Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge