UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>XAVIER HOPKINS,<br><br>Defendant. | Crim. Action No. 05-333  (CKK)<br><br>**FILED**<br>APR 1 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated March 20, 2008, from Magistrate Judge John M. Facciola, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 16th day of April, 2008,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that Defendant's supervised release is revoked; and it is

**FURTHER ORDERED** that the case has been scheduled for Re-sentencing on April 29, 2008, at 9:30 a.m. in Courtroom 28A, 6th Floor of the Annex.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge