UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-333 |
| | : | |
| v. | : | |
| | : | |
| Xavier R. Hopkins | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

    The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Charles N. Floyd, Bar Number 97-219 , telephone number (202) 305-2195 and this is notice of his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____/s/_____
    Charles N. Floyd
    ASSISTANT UNITED STATES ATTORNEY
    Bar No. 97-219
    555 4th Street, N.W., Room 4243
    Washington, DC 20530
    (202) 305-2195
    Charles.Floyd@usdoj.gov