AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

XAVIER R. HOPKINS

Case Number   05-333 (CKK)

FILED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, XAVIER R. HOPKINS, was represented by Danielle Jahn

It appearing that the defendant, who was sentenced on January 24, 2006 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 29th day of April, 2008 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**Twelve (12) months followed by Two (2) years of supervised release.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 21st day of May, 2008

Colleen Kollar-Kotelly United States District Judge