UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**XAVIER R. HOPKINS**,<br><br>Defendant. | **Crim. Action No. 05cr333-01**<br>(CKK) |

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated June 8, 2010, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 29th day of June, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED,

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case has scheduled for <u>Re-sentencing on July 27, 2010, at 10:30 a.m.</u> in Courtroom 28A, 6th Floor of the Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Danielle Jahn, AFPD
April Fearnley, AUSA
Magistrate Judge Alan Kay
Tennille Losch, U.S. Probation Officer
Pretrial Services